COM.

v.

**KARAM, J.**

**1031 WDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–10–CR–0001593–2015
(Butler)

Affirmed

COM.

v.

**METZ, R.**

**1070 WDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–02–CR–0012158–2015 (Allegheny)

Affirmed

COM.

v.

**SHIELDS, T.**

**1174 WDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–02–CR–0008505–2015 (Allegheny)

Vacated/Remanded

**MEERHOFF, C.**

v.

**MCCRAY, D.**

**1392 WDA 2016**

Superior Court of Pennsylvania.

9/29/2017

Docket No. 11079–2015

(Erie)

Affirmed

COM.

v.

**SWIFT, J.**

**1446 WDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–02–CR–0010284–2015
(Allegheny)

Affirmed